1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: 510-637-3689
7  Email: George.bevan@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 UNITED STATES OF AMERICA,        )   No. 4-06-70440-WDB
                                    )
13        Plaintiff,                )
                                    )
14        v.                        )   STIPULATION AND ORDER TO
                                    )   RESCHEDULE ARRAIGNMENT
15                                  )   OR PRELIMINARY HEARING
                                    )
16 GILBERT POLINA,                  )
                                    )
17        Defendant.                )
                                    )
18

19      The United States and the defendant, through their undersigned counsel, hereby

20 stipulate and agree to reschedule the arraignment or preliminary hearing in this case from

21 August 2, 2006, to September 7, 2006. The parties are working toward a resolution

22 of this case which will result in the filing of a misdemeanor charging document, and plea

23 before this Court. However, additional time is necessary for the logistics to be put in

24 place for that to occur. This continuance will enable the parties to work toward the

25 anticipated resolution of this case.

26      The defendant agrees to waive time for arraignment or preliminary hearing until

27 the new hearing date of September 7, 2006, and both parties agree to exclude time in the

28 interests of justice under the Speedy Trial Act for the period between August 2, 2006, to

September 7, 2006, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted,

Dated: 8/1/06

CAMELIA BRAY, ESQ.
Attorney for Gilbert Polina

KEVIN V. RYAN
United States Attorney

Dated: 8/1/06

GEORGE L. BEVAN JR.
United States Attorney

## ORDER RESCHEDULING ARRAIGNMENT or PRELIMINARY HEARING

Upon the foregoing stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the arraignment or preliminary hearing in this case is rescheduled from **August 2, 2006**, to **September 7, 2006**, at **10:00 a.m.**, before Magistrate Judge Wayne D. Brazil in Oakland.

The Court finds that time will be excluded for that period, in the interests of justice, for purposes of the Speedy Trial Act.

Dated: August 1, 2006



IT IS SO ORDERED
Judge Wayne D. Brazil

JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE            2