FILED

AUG 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **RE:** | POLINA, GILBERT |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | 4-06-70440WDB |
| **DATE:** | August 11, 2006 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

AMELIA BERTHELSEN                                510-637-3750
U.S. Pretrial Services Officer Assistant          TELEPHONE NUMBER

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modifications Add:

A. The defendant shall participate in alcohol counseling, and submit to alcohol testing, as deemed appropriate and as directed by Pretrial Services.

B. The defendant shall refrain from drinking any alcohol at all.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_/s/ Wayne D. Brazil_                    8-14-06
JUDICIAL OFFICER                         DATE

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial