1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: 510-637-3689
7      Email: George.bevan@usdoj.gov

8  Attorneys for the United States of America

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12 UNITED STATES OF AMERICA,          )   No. 4-06-70440-WDB
                                      )
13         Plaintiff,                 )
                                      )
14         v.                         )   STIPULATION AND ORDER TO
                                      )   RESCHEDULE ARRAIGNMENT
15                                    )   OR PRELIMINARY HEARING
                                      )
16 GILBERT POLINA,                    )
                                      )
17         Defendant.                 )

18

19         The United States and the defendant, through their undersigned counsel, hereby

20 stipulate and agree to reschedule the arraignment or preliminary hearing in this case from

21 September 7, 2006 to October 19, 2006. The parties have agreed upon a resolution of

22 this case that will result in the misdemeanor tax charge. However, this tax charge

23 requires the approval of the Tax Division in the Department of Justice, and the

24 government needs additional time to complete the necessary paperwork and obtain

25 Department of Justice approval.

26         The defendant agrees to waive time for arraignment or preliminary hearing until

27 the new hearing date of October 19, 2006, and both parties agree to exclude time in the

28 interests of justice under the Speedy Trial Act for the period between September 7, 2006

1 and October 19, 2006, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and
2 (B)(iv).

Respectfully submitted,

6 Dated: 9/6/06

CAMELIA BRAY, ESQ.
Attorney for Gilbert Polina

KEVIN V. RYAN
United States Attorney

11 Dated: 9/6/06

GEORGE L. BEVAN JR.
United States Attorney

### ORDER RESCHEDULING ARRAIGNMENT or PRELIMINARY HEARING

Upon the foregoing stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the arraignment or preliminary hearing in this case is rescheduled from **September 7, 2006 to October 19, 2006, at 10:00 a.m.**, before Magistrate Judge Wayne D. Brazil in Oakland.

The Court finds that time will be excluded for that period, in the interests of justice, for purposes of the Speedy Trial Act.

Dated: September 6, 2006



IT IS SO ORDERED
Judge Wayne D. Brazil

JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE                    2