FILED

JAN 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA            )
                                     )
            vs.                      )   Docket Number: CR 06-00693-1 WDB
                                     )
     Gilbert Polina                  )
                                     )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____February 2, 2007_____ be continued until _____March 9, 2007_____ at _____10:00 a.m._____.

Date: 1-12-07

Wayne D. Brazil
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Probation

NDC-PSR-009 12/06/04